RANDALL S. FARRIMOND (CSB #095281)
FARRIMOND LAW OFFICES,
a Professional Corporation
44 Montgomery Street, Suite 3850
San Francisco, CA 94104
Telephone: 415-362-4900
Facsimile: 415-362-4901
rfarrimond@farrimondlaw.com

Attorneys for Plaintiff
EASTBAY EXPRESS PUBLISHING LP

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EASTBAY EXPRESS PUBLISHING LP, a Delaware limited partnership,<br><br>    Plaintiff,<br><br>    vs.<br><br>HAL BRODY and STEPHEN BUEL,<br><br>    Defendants | Case No. C09-02494 CW ADR<br><br>STIPULATION AND ORDER TO CONTINUE CMC AND RELATED DEADLINES PENDING SETTLEMENT |

Plaintiff EASTBAY EXPRESS PUBLISHING LP, a Delaware limited partnership, filed its complaint in this matter on June 4, 2009, against defendants HAL BRODY and STEPHEN BUEL. The parties have reached a settlement in principle and are presently exchanging draft settlement agreements. The first Case Management Conference is scheduled for September 15, 2009, and August 25, 2009, is the first of various deadlines keyed to the CMC date. In order to allow the parties to complete the settlement without the unnecessary expenditure of additional resources by this Court and the parties, the parties hereto stipulate and respectfully request that the Case Management Conference be rescheduled to September 29, 2009, or to such later date as is convenient to the court, and that all deadlines contained in the Order setting Initial Case Management Conference and ADR Deadlines in this matter be continued accordingly. Pursuant to Local Civil Rule 6-2, the only previous time modification in this case was a stipulation to extend the defendants' time within which to respond to the complaint.

SO STIPULATED:

Dated this 24th day of August, 2009                                        HOLME ROBERTS & OWEN LLP

_____
ROGER MYERS
Attorneys for Defendants
HAL BRODY and STEPHEN BUEL

Dated this 24th day of August, 2009                                        FARRIMOND LAW OFFICES,
                                                                            a Professional Corporation

_____
RANDALL S. FARRIMOND
Attorneys for Plaintiff
EASTBAY EXPRESS PUBLISHING LP

PURSUANT TO STIPULATION, IT IS ORDERED, that the Case Management Conference in this matter is rescheduled to September 29, 2009, at 2:00 p.m., and that all deadlines set forth in the Order Setting Initial Case Management Conference and ADR Deadlines are hereby continued accordingly.

8/27/09                    *[signature: Claudia Wilken]*

Dated:_____      _____
                          HONORABLE CLAUDIA WILKEN
                          Judge of the United States District Court
                          for the Northern District of California

STIPULATION & ORDER TO CONTINUE CMC, No. C09-02494 CW ADR

- 2 -