1  RANDALL S. FARRIMOND (CSB #095281)
   FARRIMOND LAW OFFICES,
2  a Professional Corporation
   44 Montgomery Street, Suite 3850
3  San Francisco, CA 94104
   Telephone: 415-362-4900
4  Facsimile: 415-362-4901
   rfarrimond@farrimondlaw.com
5
   Attorneys for Plaintiff
6  EASTBAY EXPRESS PUBLISHING LP

7

8
                    UNITED STATES DISTRICT COURT
9
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11
   EASTBAY EXPRESS PUBLISHING LP,      )   Case No. C09-02494 CW ADR
12 a Delaware limited partnership,     )
                                       )
13         Plaintiff,                  )   STIPULATION TO DISMISS ACTION
                                       )   WITHOUT PREJUDICE PURSUANT TO
14    vs.                              )   SETTLEMENT AND [proposed] ORDER
                                       )
15 HAL BRODY and STEPHEN BUEL,         )
                                       )
16         Defendants                  )

17

18     Plaintiff EASTBAY EXPRESS PUBLISHING LP, a Delaware limited partnership, filed its

19 complaint in this matter on June 4, 2009, against defendants HAL BRODY and STEPHEN BUEL. The

20 parties have reached a settlement pursuant to which all parties hereto stipulate and agree that this matter

21 shall be dismissed and that such dismissal shall be without prejudice, pending the timely satisfaction of

22 certain obligations by defendants as set forth in the settlement agreement. In addition, the parties

23 stipulate that this Court shall retain jurisdiction of this matter for the limited purpose of entering a

24 Dismissal with Prejudice upon the timely satisfaction of all of the defendants' obligations under the

25 settlement agreement. The parties further stipulate and agree that each party shall bear his or its own

26 attorneys fees and costs, except as otherwise provided under the terms of the settlement agreement.

27 /

28 /

STIPULATION & ORDER TO DISMISS W/O PREJUDICE No. C09-02494 CW ADR

- 1 -

SO STIPULATED:

Dated this 28th day of August, 2009

HOLME ROBERTS & OWEN LLP

_____
ROGER MYERS
Attorneys for Defendants
HAL BRODY and STEPHEN BUEL

Dated this 28th day of August, 2009

FARRIMOND LAW OFFICES,
a Professional Corporation

_____
RANDALL S. FARRIMOND
Attorneys for Plaintiff
EASTBAY EXPRESS PUBLISHING LP

PURSUANT TO STIPULATION, IT IS ORDERED, that this matter is hereby DISMISSED WITHOUT PREJUDICE and that this Court shall retain jurisdiction for the limited purpose of entering a Dismissal with Prejudice upon the timely satisfaction of all of the defendants' obligations under their settlement agreement with the plaintiff.

Dated: September 24, 2009

HONORABLE
Judge of the United States District Court
for the Northern District of California

IT IS SO ORDERED
Judge Claudia Wilken

STIPULATION & ORDER TO DISMISS W/O PREJUDICE No. C09-02494 CW ADR

- 2 -