```
1  RANDALL S. FARRIMOND (CSB #095281)
   FARRIMOND LAW OFFICES,
2  a Professional Corporation
   44 Montgomery Street, Suite 3850
3  San Francisco, CA 94104
   Telephone: 415-362-4900
4  Facsimile: 415-362-4901
   rfarrimond@farrimondlaw.com
5
   Attorneys for Plaintiff
6  EASTBAY EXPRESS PUBLISHING LP
7
8
                    UNITED STATES DISTRICT COURT
9
                FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11
   EASTBAY EXPRESS PUBLISHING LP,     )  Case No. C09-02494 CW ADR
12 a Delaware limited partnership,    )
                                      )
13              Plaintiff,            )  STIPULATION TO DISMISS ACTION WITH
                                      )  PREJUDICE PURSUANT TO SATISFACTION
14         vs.                        )  OF SETTLEMENT TERMS AND [proposed]
                                      )  ORDER
15 HAL BRODY and STEPHEN BUEL,        )
                                      )
16              Defendants            )
17
```

18    Plaintiff EASTBAY EXPRESS PUBLISHING LP, a Delaware limited partnership, filed its
19 complaint in this matter on June 4, 2009, against defendants HAL BRODY and STEPHEN BUEL. The
20 parties reached a settlement pursuant to which all parties agreed that this matter shall be dismissed with
21 prejudice upon the timely satisfaction of certain obligations by defendants as set forth in the settlement
22 agreement. The defendants having satisfied these obligations, the parties hereto stipulate and agree that
23 this matter shall be dismissed with prejudice, each party to bear his or its own attorneys fees and costs.
24 /
25 /
26 /
27 /
28

SO STIPULATED:

Dated: _____

HOLME ROBERTS & OWEN LLP

_____
ROGER MYERS
Attorneys for Defendants
HAL BRODY and STEPHEN BUEL

Dated: July 2, 2010

FARRIMOND LAW OFFICES,
a Professional Corporation

_____
RANDALL S. FARRIMOND
Attorneys for Plaintiff
EASTBAY EXPRESS PUBLISHING LP

PURSUANT TO STIPULATION, IT IS ORDERED, that this matter is hereby DISMISSED WITH PREJUDICE.

Dated: 7/12/2010

_____
HONORABLE CLAUDIA WILKEN
Judge of the United States District Court
for the Northern District of California

STIPULATION & ORDER TO DISMISS WITH PREJUDICE No. C09-02494 CW ADR

-2-